May it please the Court, Carrie Curtis Axel on behalf of the United States, and with the Court's permission, I'd like to reserve approximately two minutes of my time. To help keep track of your own time. Thank you. The Government appeals the sentence of 12 months and a day that the District Court imposed on Defendant Guadalupe Ventura, where the Court failed to resolve disputed issues of fact concerning Guidelines determinations, failed therefore to make an accurate Guidelines determination, rendered a sentence that was 79 percent below the sentence recommended by the Guidelines, and the sentence was unexplained. The Government appeals on two grounds. First of all, the District Court failed to consider the Guidelines recommended sentence by first resolving the critical factual dispute regarding loss amount. What exactly should the District Court have done? He did hear all your arguments and he did consider what you had to say, and he ultimately didn't agree with the Government, but what more are you saying was needed to have been done? The District Court is required both by the Sentencing Reform Act and by Rule 32 of the The cases say as long as the, at least, you can correct me if I'm wrong, and I've been known to be wrong. My understanding is that as long as it's evident that the Court addressed the issues and ultimately decided the issues after giving the Government and the Defendant an opportunity to present their side of the arguments, that that is in compliance with the requirements under the Guidelines. And isn't that what happened here? I think there's two ways to view the record, neither of which actually assist Defendants here, and both are reversible error. The first way to view the record is that the District Court did not, in fact, resolve the issue, and in my view, that's the better read of the sentencing transcript. When the District Court goes to actually pronounce the sentence, the first thing the Court does is recognize there's a dispute about loss amount, and it, in a sort of offhanded way, criticizes the Government's loss amount as not realistic, but it does not, in fact, then resolve that dispute. What should he have done, given, made a specific factual finding on the total dollar loss? Yes, Your Honor, I believe that's required. Let me ask you a question, then. Am I correct that the Government's figure of better than $400,000 did not reflect actual losses incurred by the victims? Is that correct? That's correct, and that's what the Guidelines expressly instruct. The Guidelines contemplate intended loss, which is a totally separate calculation than restitution, which would be actual loss. Intended loss is supposed to measure the scope of the Defendant's conduct by trying to interpret what the Defendant intended to cause by his or her course of conduct, and I think the Government followed fairly closely to the letter what the Guidelines require and used the actual value of the check she possessed, which comes to at least half of that loss amount, and then, for every credit card number she possessed, attributed $500, which is, again, exactly what the Guidelines require. There was no other loss amount figure in the record, and so when the Court finally did reach the issue, the Court did not say, I find zero loss amount somewhere supported in this record, and therefore, I decline to apply this factor. The Court just simply didn't address the factor, and then the Government had no obligation to resolve the dispute. Kennedy. Well, I think, Your Honor, the Government did request that. The Government requested it both by putting in the sentencing briefing in advance, by arguing it at the hearing. I also made the point to the Court that the PSR didn't have it because they didn't seem to apparently get the information, right? Isn't that correct? It wasn't in the PSR. That's what they claimed, although, as we put in our sentencing briefing, we had provided that to the Probation Office. It was just a mistake. Well, but it wasn't in the PSR. It was not in the PSR, but the same... So it's not the Court's fault that the probation people, that may have been a dispute between the Government and the Probation Office, but in any event, so the Court had the Government's calculations eventually, the $400,000. Right, and at that point, whether it's a dispute between the defendant and the Government or the Probation Office and the Government, the Court is required under Rule 32 to resolve that, and it's legal error, in fact, the Court should review that de novo, not to resolve that issue and make a finding. Getting to the Court's prior question, if, in fact, you review that as a constructive interpretation that there is no loss, then the Government would submit that's clear error, and the Court should review that for clear error, because any factual findings, the Court should review for clear error. And here, there's nothing in the record that would support a zero loss amount. Whatever the Court may have thought it was is not announced on the record. The Court doesn't say, I find it zero, and there was nothing that would support that. So if it's Your Honor's interpretation of the record that, in fact, there was an explicit or an implicit finding, then still, that is a clearly erroneous determination on this record that also should be reversed. The Government would also point out that it is the Government's position that the Court is required to consider the guidelines by first accurately coming up with a guidelines determination. Then, of course, the Court now has Booker authority to exercise its discretion to do something else after. But the Court, but the Government believes that the procedure here is important and points the Court to the recent decision that the defense submitted in a 20HA letter, which is the Meriwether decision, Manyweather decision by this Court. And I think this Court there joins all of the sister circuits that we cited in our brief, saying that, in fact, in order to consider the guidelines, you have to begin first with an accurate guidelines determination. I would also point the Court... Could you kind of just come back? I'm still trying to understand in this play of what's going on before Judge Hatter. There's this engaged discussion about both of these issues, the prior or the criminal history. And my recollection is that there was a request by the AUSA, if it was you or whomever, about the prior criminal history. And there was some statement, and Judge Hatter said it was overstated. So at least there's some indication of what his rationale was there. Now, I'm looking at ER 231, and he goes through the... and doesn't make a specific statement exactly, I would agree with that, but he makes a ruling and then goes into the sentencing. Does the government have any obligation at that point to say, Your Honor, we request a specific finding under the guidelines as to the loss amount? I have not come across any such requirement, Your Honor. The Rule 32 says that if an issue is disputed, as it clearly was on this record, the Court has an obligation to resolve it. And the Court also has an obligation under 3553 to explain the basis for its ruling and its sentence. Let me also point out that I think that the question really was implicitly asked by the government, both by pointing out to the court that it was the government's And looking at 231, where Your Honor has just pointed my attention to, this is the page I was talking about where it's clear that the court begins by saying, I recognize there's this issue, I don't find the government's number realistic, and then simply goes on at the bottom just to say, I found a different criminal history category, and while it incorporates by reference the probation officer's number of 10, I would not characterize that as a finding when the court has previously said that it understands there's an issue out there. There's a basic quarrel here that you say, perhaps the district court indicated its views on the government's position, but it didn't do it with sufficient specificity to provide meaningful review. Is that what you're saying? Because I noticed you just said a minute ago that that wasn't a finding. It sounds as though you're saying the judge had the right ideas, but he didn't do it the right way. I think I'm trying to say something different, which is I don't think that the court believed that it had to actually resolve this issue. I don't understand. Just help me. On page 231, the court says, I've already indicated that I find that the advisory guideline range is complicated by the fact that the criminal history category itself should be a 2. So the range should be, well, no, the range is still a 10, but the range itself should be 8 to 14 months, and the probation officer is recommending 10 months. I don't think that that covers the seriousness of this action at all. I'm going to sentence you at what would be the top of the, well, no, I'm going to make it a year and a day, and you will receive credit for the time that you've already served. Now, and then he goes through the litany of what happens. Now, what is unclear there? What is not resolved? Two things. The first point, Your Honor, would be that even if you interpreted that as a finding under the guidelines, there would be no record support for it because there's nothing in this record that says that the loss amount was 0, and the court never said that the loss amount was 0. The defendant never contended that the loss amount was 0. So the government would, first of all, contend that that alone is a clearly erroneous finding, and in a case the Court just issued yesterday, the United States v. Allen decision, the Court said where the district court calculates a range incorrectly, that itself is an unreasonable sentence. So that's the first thing I'd say. But I think getting to what the Court's question is about, my confusion on the record is if you look at the paragraph where the Court begins to pronounce sentence, the first thing the Court says is, I know the government says that there is a 14-point enhancement that should be applied, and loss amount as calculated by the government, nobody has disputed that this is the way the guidelines recognize this loss amount to be computed. But I just don't find that very realistic. And so then he goes on and simply ignores the issue. And I do think both Rule 32 and the Sentencing Reform Act say that he cannot do. He has to say there's either zero loss amount or there's some other loss amount and the enhancement is otherwise 12. As we pointed out, even if the loss amount were only 200,000, it still would have been a 12-point enhancement. And so I think the context of what the Court did here is, I'm not sure it's clear that the Court understood that it was still required to resolve that issue. Kagan. Thank you. I'm sorry. Sit down. Don't apologize. People go over all the time. Thank you. Good morning, Your Honors. Michael J. Tremann appearing for Ms. Ventura. The first thing I wanted to do was to follow up on what Judge Fisher said. I believe Your Honor is correct. In terms of specific requests for findings, the only specific request that was made was the one relating to criminal history, and that was responded to by the district court judge. The factual pattern of what took place in the district court, contrary to what counsel just represented, is that the defense did dispute the mechanism by which the loss amount was determined. That was done during the course of the oral presentations that were being made in the district court pursuant to a request by the district court judge to discuss that. That whole discussion came up after government counsel had, in her oral argument, made those points to the district court. And in response to that, defense counsel specifically pointed out the problem with the theory of ascribing a $500 loss amount to every piece of paper that was supposedly came up in the case. Now, it's – it seems to me that from the – and that discussion begins on page 226 of the government's excerpt of record, and then the comments made by defense counsel specifically about the $500 begins on page 227. The court, at the end of defense counsel's discussion, then goes back to the government and gives the government an opportunity to have any further comment that the government wants to make in response to defense counsel, and that question is done at page 228 in government counsel's response. So coming into page 231, the one that Your Honor noted, it's clear that the district court had been presented with initially the presentence report. They had the defendant's sentencing papers that related to issues raised in the presentence report. They had the government's sentencing position in writing, which the district court had considered. They had the oral presentations by both counsel on a number of issues, including the criminal history and including the issue with regard to how to look at the loss. At that point in time, after the district court has given everybody an opportunity to say anything further that they want to do, now the district court goes forward. And as Your Honor noted, what the district court does is he talks to the defendant and the district court basically then goes on to indicate, number one, it's a very serious case, and then he specifically says that apart from however it is that the government counts up the checks and other kinds of things, I and I tend to agree with your lawyer about the method that the government uses there. I don't think it's very realistic. And that was the giving $500 to each check, is that right? And that's the basis upon which the loss calculation was made. Because there were no losses. And let me ask, as I understand it, it's not $500 for each check. It's $500 for each credit card, isn't it? And then for the checks, what they looked to see, if there was a check payable to me that had been stolen and it was $380, they charged 380. If it was $1,000, they charged 1,000. Is that right? They assumed that the loss was the amount of the check, and then they said for credit cards, since the credit cards had not been misused yet, we'll use the guideline figure, assume it's $500 for each credit card. Is this basically the government's calculation? Well, it's not just each credit card. It's every credit card number. And it is every check if the checks are not specifically written to somebody. And that's exactly the example that was used by defense counsel in the district court. I'm sorry, not specifically written to somebody? Yes. In other words, if there's a the example that was used in the district court, if you had ordered checks from Bank of America and you got your box of checks and the box of checks was stolen right out of your mail. So they assumed that in that every one of those checks would have been written for 500 bucks.  Boy, if my wife did that, I'd be in big trouble. In any event, it's clear in that discussion, it's clear in that discussion that the district court judge had all of those matters in mind, and then he went forward to indicate what he was doing. And what he indicated that he was doing is, after having been advised by these guidelines, and also looking at the various factors pursuant to 183553, and then he goes forward to pronounce the particular sentence that he wants to impose. And as part of that, he refers directly to the Probation Department report. And in the presentence report, there is an in-depth discussion of the basis for the 3553 analysis that the Probation Department did. In that analysis, what the Probation Department said is that the advisory guidelines, having been taken into consideration, the general nature and characteristics of the offense, after considering the factors set forth in 3553, a sentence of 10 months is recommended as sufficient to serve the needs of punishment, deterrence, and the protection of society. And then there's a subsequent paragraph where they go into the details in terms of the application of those factors. Kennedy. Well, as I understand what the government is saying is that the district court was required to do more than that. The district court was required to make a specific dollar determination of the losses involved, and the district court didn't do that. I take it the government would have been satisfied and might have challenged it out of substance if the district court said, in my view, the proper amount of loss to be considered here is not the $400,000 that the government proposes, but I think maybe $20,000 is a fair estimate of the total loss involved. I take it if the district court had said that, the government wouldn't be complaining here, but the government says the district court at least had to give some dollar amount as to the loss involved so that we can determine the basis of that. And I don't think there's any case that says that, Your Honor. And I don't think the government cited any case that says that that's specifically what the district court has to do. What's clear here is that the district court did, in fact, consider those issues and made a determination, and that's clear from the record. Make a determination of what? That there was no basis for an enhancement based on the amount of loss? No, he made a determination as to what he thought a reasonable sentence was. Yes, but the reasonable sentence that you have to take into account some of these factors. And that's what he said he did. He specifically said he took into consideration the advisory, to use his terms, now having, now after having been advised by these guidelines, and also looking at the factors. So he specifically acknowledged that he did consider those. But what he has to take into account is what is disputed. I mean, what he has to, he has to indicate that how he has resolved what is disputed, I take it. All right. I don't think he. And I think he does that in the sense that he acknowledges he's made the considerations of more than just what is disputed, that which is undisputed as well. And on the basis of that, now factors in the factors, which he says he did, and then reaches a conclusion as to what he thinks is an appropriate sentence, which is greater than the sentence that was reflected in the presentence report itself. Then he goes on to indicate that the defendant is supposed to get credit for the time he served, which, in fact, the Bureau of Presidency didn't give her. Okay. Thank you. The case just. May I defer to just a couple of points, Your Honor, briefly? Could you, do you have a case site that answers Judge Friedman's question in your favor? It says that the missing link here is that instead of saying it was just a very, very serious crime, I'm not sure, I don't think the government's numbers is very realistic, but apart from any numbers or how the government goes about picking the numbers, we all agree it's a very, very serious crime. He had to, in order to comply with the guidelines and his obligations under the rules, to say, and it isn't 400,000, it is X. Is that, is there clear authority in that regard? Yes, I think there is. But I think it's a combination of principles, Your Honor. I think there are numerous cases. The Meanyweather case is the most recent from this circuit, but there are a number of sister circuits, all who have, all who say that you have to consider the guidelines first by making an accurate guidelines determination. Then there are also the principles of the Sentencing Reform Act and Rule 32, which require the court to specifically resolve all factual issues. And finally, there's a number of cases outside the circuit that say that the degree of a court's explanation needs to vary with the degree of its departure from the sentencing guidelines range. And that includes the Dean case from the Seventh Circuit, the Mars case from the Fifth Circuit, and the Dalton case from the Eighth Circuit. And all of those say the farther you go from the guidelines range. You're saying the guideline range is what you say. Well, even with the criminal history category departure of two, Your Honor, the range would have been 51 to 63 months. And as we also pointed out, even with half the loss amount, the guidelines range would have been starting at 46 months. But I take it in response to Judge Fisher's question, you do not have any case you can point to that says explicitly that in this kind of a situation, the district court must affix a specific dollar amount to the law. I think the guidelines say that. If you look at the guidelines, the guidelines do say that you have to find loss amount where it's appropriate. And it's that is an issue of law, Your Honor, that the court has to, in fact, both interpret and apply the guidelines. And this Court has said that application of the guidelines say that the district court must put an explicit dollar amount on the loss? Yes, Your Honor, it does. And it has to. It doesn't just say it must find the amount, but it must be a specific dollar amount? Yes, because the particular enhancements in the guidelines are given to particular amounts of $200,000, $400,000, $20,000, the example Your Honor gave. Okay. Thank you. The case just argued is submitted. That concludes the Court's calendar for this morning. The Court stands adjourned.
judges: Schroeder, Friedman, Fisher